UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

AVON NURSING AND REHABILITATION et al.,

        Plaintiffs,

  -v-                                              No. 18 CV 2390-LTS-SDA

ALEX M. AZAR II, Secretary of the United States Department of Health and Human Services,

        Defendant.

-------------------------------------------------------x

ORDER

In light of the mandate issued by the United States Court of Appeals for the Second Circuit reversing the Court's prior judgment and remanding the case for further proceedings (see docket entry no. 65), the parties are directed to meet and confer and file a joint status report, including a proposed schedule for any contemplated summary judgment motion practice, by September 10, 2021.

SO ORDERED.

Dated: New York, New York
       August 20, 2021

                                                          /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        Chief United States District Judge