

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

April 7, 2022

**BY ECF**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

      Re:    *Avon Nursing & Rehabilitation, et al. v. Becerra*,
              No. 18 Civ. 2390 (LTS)(SDA)

Dear Judge Swain:

      This Office represents defendant Xavier Becerra, Secretary of the U.S. Department of Health and Human Services (the "government"), in the above-referenced matter. Presently, the government's cross-motion for summary judgment/opposition to plaintiffs' motion for summary judgment is due on Wednesday, April 13, 2022. (ECF No. 88). Respectfully, we write to request that the Court extend that deadline, as well as the other deadlines in the parties' present briefing schedule, by one week, as follows:

- Wednesday, April 20, 2022: government's cross-motion for summary judgment/opposition to plaintiffs' motion for summary judgment

- Friday, May 20, 2022: plaintiffs' opposition to the government's cross-motion/reply in further support of summary judgment

- Friday, June 3, 2022: government's reply in further support of its cross-motion

      We make this request because, owing to the press of business, this Office and HHS require additional time to coordinate and finalize their filing. This is the government's first request for an extension of its briefing deadline; the Court granted plaintiffs' prior extension requests. (ECF Nos. 74, 88). Plaintiffs consent to this request.

We thank the Court for its consideration of this letter.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney for the
                Southern District of New York

By:  /s/ *Christopher Connolly*
     CHRISTOPHER CONNOLLY
     Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, New York 10007
     Telephone: (212) 637-2761
     Facsimile: (212) 637-2786
     christopher.connolly@usdoj.gov

cc: *Plaintiffs' counsel* (by ECF)

The modified schedule is approved.
DE 93 is resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ
4/8/2022