**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
AVON NURSING AND REHABILITATION,
et al.,

                                Plaintiffs,

        -against-                                   18 **CIVIL** 2390 (LTS)(SDA)

                                                      <u>**JUDGMENT**</u>

XAVIER BECERRA, in his capacity as the
Secretary of the United States Department
of Health and Human Services,

                                Defendant.
----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated March 31, 2023, Defendant's motion for summary judgment is

granted, and Plaintiffs' motion for summary judgment is denied; accordingly, the case is closed.

**Dated:**  New York, New York

        March 31, 2023

                                      **RUBY J. KRAJICK**

                                          _____
                                             **Clerk of Court**

                       **BY:**                *K. Mango*

                                            _____
                                             **Deputy Clerk**